# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131517(13)(14)(15)(17)(19)(21)(22)(23)

IN RE CERTIFIED QUESTION FROM
THE FOURTEENTH COURT OF
APPEALS DISTRICT OF TEXAS,

_____

GLENN MILLER, ESTATE OF CAROLYN
MILLER, SHAWN DEAN, JOHN ROLAND,
and ALMA ROLAND,
       Plaintiffs,

v

FORD MOTOR COMPANY,
       Defendant.

_____

SC: 131517
CA-14: 14-05-00026-CV
239th DC: 15077*JG01

On order of the Chief Justice, the motions by appellees for extension of the time for filing their brief and for immediate consideration of the motion are GRANTED. Motions by Michigan Defense Trial Counsel, the International Union of Bricklayers and Allied Craftworkers, Trowell Trades, Local 1 of Michigan and the Coalition for Litigation Justice et al for leave to file briefs *amicus curiae* are considered and they are GRANTED. Motions to admit Victor E. Schwartz, Mark A Behrens and Christopher E. Appeal *pro hoc vice* are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2007

_____
Clerk